UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN THOMAS,<br><br>              *Plaintiff,*<br><br>   -against-<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, STRIDE BANK<br>N.A., PROCOLLECT, INC., IQ DATA<br>INTERNATIONAL, INC, AND NATIONAL<br>CREDIT SYSTEMS, INC,,<br><br>              *Defendants.* | **Case No. 2:2026-cv-01803 (KSH)(MAH)** |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PROCOLLECT, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses

Plaintiff's claims against Defendant Procollect, Inc. without prejudice. Plaintiff submits that

dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is proper because Defendant

has not served either an answer or a motion for summary judgment in this action.

Respectfully Submitted,
/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

Date: June 1, 2026