UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAUREN THOMAS,

                *Plaintiff,*

    -against-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, STRIDE BANK N.A., PROCOLLECT, INC., IQ DATA INTERNATIONAL, INC, AND NATIONAL CREDIT SYSTEMS, INC,,

                *Defendants.*

**Case No. 2:2026-cv-01803 (KSH)(MAH)**

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PROCOLLECT, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses Plaintiff's claims against Defendant Procollect, Inc. without prejudice. Plaintiff submits that dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is proper because Defendant has not served either an answer or a motion for summary judgment in this action.

SO ORDERED this day of June 1, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

Respectfully Submitted,
/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

Date: June 1, 2026