June 8, 2026

**VIA ECF**
The Honorable Katharine S. Hayden
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Room 1001
Newark, NJ 07101-0459

**Re: Thomas V. Equifax Information Services LLC Et Al-2:2026-cv-01803 (KSH)(MAH)**
*Notice of Settlement in Principle between Plaintiff and*
*Defendant Experian Information Solutions, Inc Only*

Dear Judge Hayden,

This firm represents Plaintiff in the above-referenced action ("Action"). I write to inform the Court that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian" together the "Parties") have reached a confidential settlement in principle of Plaintiff's claims against Defendant Experian in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff respectfully requests until August 7, 2026 to file appropriate dismissal papers.

Respectfully submitted,

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

SO ORDERED this day of June 9, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.