June 9, 2026

The Honorable Michael A. Hammer
U.S. District Court
District of New Jersey

**<u>Re: 2:2026-cv-01803, Thomas V. Equifax Information Services LLC Et Al (KSH)(MAH)</u>**
**<u>Letter Motion to Adjourn Scheduling Conference</u>**

Dear Judge Hammer:

This firm represents Plaintiff in the above referenced action. Plaintiff respectfully writes regarding the Court's recent scheduling order  (E.C.F. 26), which directs the parties to submit a proposed scheduling order by June 12, 2026 and sets a Scheduling Conference June 15, 2026.

At this time, Plaintiff has not yet completed service upon all defendants named in the Amended Complaint, and no defendant has appeared in the action other than the defendants with whom Plaintiff has already reached a settlement in principle. Accordingly, Plaintiff is presently unable to confer with the remaining defendants regarding a proposed scheduling order or the upcoming IPTC.

Plaintiff therefore respectfully requests that the Court adjourn the IPTC and the deadline to submit a proposed scheduling order for sixty (60) days. Plaintiff anticipates that this additional time will permit completion of service, the appearance of counsel for the remaining defendants, and meaningful participation by all parties in the scheduling process.

Respectfully submitted,

<u>/s/ James R. Ticchio</u>
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*