**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LAUREN THOMAS, ) ) ) Plaintiff, ) ) v. ) ) ) EQUIFAX INFORMATION SERVICES, ) LLC, ET AL., ) Defendants. ) ) | Civil Action No. 2:26-CV-01803-KSH-MAH |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Joel Wertman, Esq. on behalf of Defendant IQ Data International, Inc. in the above-captioned matter.

**WINGET, SPADAFORA &**
**SCHWARTZBERG LLP**


By:      /s/ Joel Wertman
Joel M. Wertman
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102
Phone: (215) 433-1500
wertman.j@wsllp.com
Attorneys for Defendant,
*IQ Data International, Inc.*

Dated: June 10, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I served the foregoing Entry of Appearance

on all parties through the ECF or First Class Mail.


Date:  June 10, 2026                                      /s/ Joel Wertman
                                                                  Joel Wertman, Esq.