**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| LAUREN THOMAS, | ) ) ) | Civil Action No. 2:26-CV-01803-KSH-MAH |
| Plaintiff, | ) ) |  |
| v. | ) ) ) |  |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL., Defendants. | ) ) ) ) |  |

**DEFENDANT IQ DATA INTERNATIONAL, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant IQ Data International, Inc. hereby submits the following corporate disclosure statement pursuant to the Federal Rule of Civil Procedure 7.1:

One hundred percent of the stock in IQ Data International, Inc. is owned by TS Holdings, Inc., a wholly-owned subsidiary of American Banker Insurance Group, Inc., which is wholly-owned by its parent company, Assurant, Inc., which issues stock and is traded on the New York Stock Exchange.

Respectfully submitted,

**WINGET, SPADAFORA &**
**SCHWARTZBERG LLP**

By:    _/s/ Joel Wertman_
Joel M. Wertman, Esq.
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102
Phone: (215) 433-1500
wertman.j@wssllp.com
_Attorneys for Defendant_
_IQ Data International, Inc._

Dated: June 10, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Joel M. Wertman, Esquire., hereby certify that on the date set forth below, I served a true

and correct copy of the foregoing Corporate Disclosure Statement to all counsel of record through

the ECF

**WINGET SPADAFORA &
SCHWARTZBERG, LLP**

Dated:  <u>June 10, 2026</u>

<u>/s/ Joel Wertman, Esquire</u>
Joel M. Wertman, Esquire
*Attorneys for Defendant,*
*IQ Data International, Inc.*