Joshua A. Stiers, Esq.  (NJ # 078912013)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN THOMAS,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; STRIDE BANK N.A.; PROCOLLECT, INC.; IQ DATA INTERNATIONAL, INC; NATIONAL CREDIT SYSTEMS, INC; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC;<br>　　　Defendants. | CASE NO. 2:26-cv-01803-KSH-M |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Trans Union, LLC.

Date:　June 11, 2026　　　　　　　　　　　　Respectfully submitted,

*s/ Joshua A. Stiers*
Joshua A. Stiers, Esq.  (NJ # 078912013)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on **June 11, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Gloria Lam, Esq. <br> gloria@fieldslaw.com | Matthew Forsberg, Esq. <br> matt@fieldslaw.com |
| Stacy A. Orvetz, Esq. <br> sorvetz@clarkhill.com | Christopher A. Reese, Esq. <br> creese@stradley.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on **June 11, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Joshua A. Stiers*
Joshua A. Stiers, Esq.  (NJ # 078912013)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*