**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAUREN THOMAS | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| Plaintiff(s) | |
| v. | Civil Action No. 2:26-cv-01803-KSH-M |
| EQUIFAX INFORMATION SERVICES L | |
| Defendant(s) | |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

_____ Trans Union LLC _____

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 5/21/2026 ; and
3. Time to Answer, Move or otherwise Reply expires on 06/11/2026 .

/s/Joshua Stiers
Attorney for Defendant(s)

555 W. Adams St.
Mailing Address

Chicago, IL 60661
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk