Joshua A. Stiers, Esq.  (NJ # 078912013)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

LAUREN THOMAS,
      Plaintiff,

        vs.

EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS INC.; TRANS UNION LLC;
STRIDE BANK N.A.; IQ DATA
INTERNATIONAL, INC. and NATIONAL
CREDIT SYSTEMS, INC.,
      Defendants.

CASE NO. 2:26-cv-01803-KSH-MAH

## DISCLOSURE STATEMENT

The undersigned counsel for ___Defendant Trans Union LLC___, certifies that this party is a non-governmental corporate party and that:

☒    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed below:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock:  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

## OR

☐     This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| s/ Joshua A. Stiers | Trans Union, LLC |
| Signature of Attorney | Name of Firm |
| | |
| Joshua A. Stiers | 555 W. Adams Street |
| Print Name | Address |
| | |
| June 11, 2026 | Chicago, IL  60661 |
| Date | City/State/ZIP Code |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on **June 11, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James Ticchio, Esq. <br> james@st-legal.com | Robert T. Szyba, Esq. <br> rszyba@seyfarth.com |
|---|---|
| Dorothy A. Kowal, Esq. <br> dkowal@pricemeese.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on **June 11, 2026**, properly addressed as follows:

| None. | |
|---|---|

s/ Joshua A. Stiers
Joshua A. Stiers, Esq.  (NJ # 078912013)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*