**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAUREN THOMAS<br><br>Plaintiff(s)<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC. et. al.<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. 2-26-cv-01803 |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

IQ Data International, Inc.

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on June 2, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on June 23, 2026 .

Joel Wertman
Attorney for Defendant(s)

1528 Walnt Street, Suite 1502
Mailing Address

Philadelphia, PA 19103
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk