# UNITED STATES DISTRICT COURT

for the
District of New Jersey

**LAUREN THOMAS**

|  |  |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 2:26-cv-01803-KSH- |
| | ) MAH |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) |
| **TRANS UNION, LLC, STRIDE BANK N.A.,** | ) |
| **PROCOLLECT, INC., IQ DATA INTERNATIONAL,** | ) |
| **INC, AND NATIONAL CREDIT SYSTEMS, INC** | ) |
| | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, being duly sworn, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to IQ DATA INTERNATIONAL, INC in Mercer County, NJ on June 2, 2026 at 2:52 pm at 100 Charles Ewing Blvd, Ste 160, Trenton, NJ 08628-3456 by leaving the following documents with Lisa Constant who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for IQ DATA INTERNATIONAL, INC.

SUMMONS ON AMENDED COMPLAINT
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL
Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.2877583333,-74.790895
Photograph: See Exhibit 1

Total Cost: $175.00

*Glenn DePretis*
_____
Server Signature
Glenn DePretis
+1 (267) 417-7080

Subscribed and sworn to before
me this __10__ day of
___June___, __2026__, by
___Glenn DePretis___.
Server Name

Witness my hand and official seal.

*Amber Jo Martinez*
_____
Notary Public

My commission expires:
__10/09/2027__

Notary Stamp

```
AMBER JO MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 9, 2027
```

Notarized remotely using audio-video communication technology via Proof.



Exhibit 1a)