# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| **LAUREN THOMAS** | ) | |
| | ) | |
| _Plaintiff_ | ) | |
| | ) | Civil Action No. 2:26-CV-01803-KSH-MAH |
| v. | ) | |
| | ) | |
| **EQUIFAX INFORMATION SERVICES LLC, ET AL.,** | ) | |
| | ) | |
| _Defendant_ | ) | |

## AFFIDAVIT OF SERVICE

I, Florence Tonweh, being duly sworn, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to PROCOLLECT, INC. in Dallas County, TX on May 20, 2026 at 12:32 pm at 12170 Abrams Rd, Ste 100, Dallas, TX 75243-4579 by leaving the following documents with Julissa Rocha who as Receptionist is authorized by appointment or by law to receive service of process for PROCOLLECT, INC..

SUMMONS ON AMENDED COMPLAINT
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL
Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.913757527,-96.7349230426
Photograph: See Exhibit 1

Total Cost: $95.00

Server Signature
Florence Tonweh
+1 (469) 781-8705

Subscribed and sworn to before
me this 22 day of
_____ May _____, _2026_, by
_____ Florence Tonweh _____.
Server Name

Witness my hand and official seal.

Notary Public

My commission expires:
10/09/2027

Notary Stamp

AMBER JO MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 9, 2027

Notarized remotely using audio-video communication technology via Proof.

Exhibit 1a)



Exhibit 1b)





Exhibit 1c)