# UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAUREN THOMAS** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-01803-KSH-MAH |
| | ) |
| **EQUIFAX INFORMATION SERVICES LLC, ET AL.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Richard Jackson, being duly sworn, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to STRIDE BANK N.A. in Garfield County, OK on May 19, 2026 at 9:53 am at 324 W Broadway Ave, Enid, OK 73701-3838 by leaving the following documents with Elizabeth Hernandez who as Personal banker is authorized by appointment or by law to receive service of process for STRIDE BANK N.A..

SUMMONS ON AMENDED COMPLAINT
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL, SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 25-34, Hair: Blonde, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=36.3973286,-97.8823554
Photograph: See Exhibit 1

Total Cost: $175.00

Server Signature
Richard Jackson
+1 (405) 742-0450

Subscribed and sworn to before me this _19th_ day of
_May_ , _2026_ , by
_Richard Jackson_ .
Server Name

Witness my hand and official seal.

Notary Public

My commission expires:
5/16/2028



Notary Stamp



Exhibit 1a)