# UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEW JERSEY

**LAUREN THOMAS**

|  |  |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 2:26-cv-01803-KSH- |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) MAH |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) |
| **TRANS UNION, LLC, STRIDE BANK N.A.,** | ) |
| **PROCOLLECT, INC., IQ DATA INTERNATIONAL,** | ) |
| **INC, AND NATIONAL CREDIT SYSTEMS, INC,** | ) |

*Defendant*

## AFFIDAVIT OF SERVICE

I, David Jacques, being duly sworn, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to TRANS UNION, LLC in Albany County, NY on May 21, 2026 at 9:17 am at 80 State St, Albany, NY 12207 by leaving the following documents with Jane Doe (refused name) who as Clerk at Corporation Service Company is authorized by appointment or by law to receive service of process for TRANS UNION, LLC.

SUMMONS ON AMENDED COMPLAINT
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL
Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6496062,-73.7522156
Photograph: See Exhibit 1

Total Cost: $105.00

Server Signature
David Jacques
+1 (518) 847-4002

Subscribed and sworn to before
me this ___ day of
_____ , _____ by
_____ .
Server Name

CHRISTEN A. FEKISHAZY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FE6382222
Qualified in Schenectady County
Commission Expires October 22, 2026

Witness my hand and official seal.

Notary Public

My commission expires:

Notary Stamp



Exhibit 1a)

|  | Decimal | DMS |
|---|---|---|
| Latitude | 42.649403 | 42°38'57" N |
| Longitude | -73.752941 | 73°45'10" W |

2026-05-21(Thu)   09:05(AM)

13°C
55°F