

## SHERMAN & TICCHIO PLLC

——— CREDIT YOU DESERVE ———

**BRETT D. SHERMAN**
*Member NY Bar*

**JAMES R. TICCHIO**
*Member NY & NJ Bars*

60 East 42nd Street • New York, NY 10165
(212) 324-3874

June 15, 2026

The Honorable Michael A. Hammer
U.S. District Court
District of New Jersey

**Re: 2:2026-cv-01803, Thomas V. Equifax Information Services LLC Et Al (KSH)(MAH)**
**Letter re: Scheduling Conference**

Dear Judge Hammer,

This firm represents Plaintiff in the above referenced action. Plaintiff respectfully writes regarding the Court's recent order [D.E. 30] requesting Plaintiff's counsel to propose new dates to file a scheduling order and hold a scheduling conference now that all Defendants have been served and at least one Defendant has appeared [*see* D.E. 31].

Plaintiff proposes the parties should file a joint proposed scheduling order by August 24, 2026 and hold a conference by August 28, 2026. This will give all parties the opportunity to appear, confer regarding any potential issues regarding discovery, and to discuss potential settlement.

Respectfully submitted,
/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*