UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAUREN THOMAS,

                    *Plaintiff,*

      -against-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, STRIDE BANK
N.A., PROCOLLECT, INC., IQ DATA
INTERNATIONAL, INC, AND NATIONAL
CREDIT SYSTEMS, INC,

                    *Defendant(s).*

Case No. 2:2026-cv-01803(KSH)(MAH)

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Lauren Thomas and

Defendant Equifax Information Services LLC ("Equifax") hereby stipulate to the dismissal

of Equifax only from this action, with prejudice. Both parties will bear their own costs and

attorney's fees.


 /s/ *James R. Ticchio*                          /s/ *Robert T. Szyba*_____
James R. Ticchio                                 Robert T. Szyba
Sherman & Ticchio PLLC                           Seyfarth Shaw LLP
120 N. Main Street Suite 302B                    620 Eighth Avenue 32 Floor
New City, NY 10956                               New York, NY 10018
212-324-3874                                     212-218-3351
james@st-legal.com                               Rszyba@seyfarth.Com
*Counsel for Plaintiff*                          *Counsel for Defendant Equifax*
                                                 *Information Services, LLC*


SO ORDERED.


_____
Hon. Katharine S. Hayden, U.S.D.J.