UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAUREN THOMAS,

             *Plaintiff,*

    -against-

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, STRIDE BANK
N.A., PROCOLLECT, INC., IQ DATA
INTERNATIONAL, INC, AND NATIONAL
CREDIT SYSTEMS, INC,

          *Defendant(s).*

**Case No. 2:2026-cv-01803(KSH)(MAH)**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Lauren Thomas and

Defendant Equifax Information Services LLC ("Equifax") hereby stipulate to the dismissal

of Equifax only from this action, with prejudice. Both parties will bear their own costs and

attorney's fees.

/s/ *James R. Ticchio*
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ *Robert T. Szyba*
Robert T. Szyba
Seyfarth Shaw LLP
620 Eighth Avenue 32 Floor
New York, NY 10018
212-218-3351
Rszyba@seyfarth.Com
*Counsel for Defendant Equifax
Information Services, LLC*

SO ORDERED this day of June 16, 2026

s/Katharine S. Hayden
_____
Hon. Katharine S. Hayden, U.S.D.J.