June 23, 2026

<u>**VIA ECF**</u>
The Honorable Katharine S. Hayden
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Room 1001
Newark, NJ 07101-0459

Re: <u>**Thomas V. Equifax Information Services Llc Et Al-2:2026-cv-01803**</u>
<u>**(KSH)(MAH)**</u>
*Notice of Settlement in Principle between Plaintiff and*
*Defendant Trans Union LLC Only*

Dear Judge Hayden,

       This firm represents Plaintiff in the above-referenced action ("Action"). I write to inform the Court that Plaintiff and Defendant Trans Union LLC ("Trans Union" together the "Parties") have reached a confidential settlement in principle of Plaintiff's claims against Defendant Trans Union in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff respectfully requests until August 21, 2026 to file appropriate dismissal papers.

                                  Respectfully submitted,

                                  <u>/s/ James R. Ticchio</u>
                                  James R. Ticchio
                                  Sherman & Ticchio PLLC
                                  120 N. Main Street Suite 302B
                                  New City, NY 10956
                                  212-324-3874
                                  james@st-legal.com
                                  *Counsel for Plaintiff*