STRADLEY RONON STEVENS & YOUNG, LLP
By: James J. DiMaggio (NJ ID No. 044492011)
457 Haddonfield Road, Ste. 100
Cherry Hill, NJ 08002
T:  (856) 321-2412
F:  (856) 321-2415
E:  jdimaggio@stradley.com
*Attorneys for Defendant, Stride Bank, N.A.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LAUREN THOMAS | : |
| | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : No.: 2:26-cv-1803 |
| EQUIFAX INFORMATOIN SERVICE, LLC, et al., | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of James J. DiMaggio, Esquire of the law firm of Stradley Ronon Stevens & Young, LLP, as counsel on behalf of Defendant, Stride Bank, N.A., in the above-captioned matter.

Dated:  July 9, 2026

By:    */s/ James J. DiMaggio*
James J. DiMaggio, Esquire
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Ste. 100
Cherry Hill, NJ 08002
T: 856-321-2412
F: 856-321-2415
E:  jdimaggio@stradley.com
*Attorneys for Defendant, Stride Bank, N.A.*

8719074v.1

## <u>CERTIFICATE OF SERVICE</u>

I, James J. DiMaggio, hereby certify that on July 9, 2026, I caused the foregoing Entry of Appearance filed with the Court and served via the Court's ECF system.

*/s/ James J. DiMaggio*
James J. DiMaggio
