STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By: James J. DiMaggio (NJ ID No. 044492011)
457 Haddonfield Rd, Ste. 100
Cherry Hill, NJ 08002
T:  (856) 321-2412
F:  (856) 321-2415
E:  jdimaggio@stradley.com
*Attorneys for Defendant, Stride Bank, N.A.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LAUREN THOMAS | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : No.: 2:26cv1803 |
| EQUIFAX INFORMATION SERVICE, LLC, et al., | : |
| Defendants. | : |

## DEFENDANT STRIDE BANK'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Stride Bank, N.A. ("Stride Bank"), by counsel, respectfully requests that the Court extend the time Stride Bank has to respond to Plaintiff Lauren Thomas' Complaint, to and including August 21, 2026. In support of this motion, Stride Bank states as follows:

1. Plaintiff filed her Complaint on February 24, 2026, and Stride Bank was served with a summons and copy of the Complaint on May 19, 2026, making its responsive pleading due June 9, 2026. (*See* ECF 41.)

2. Counsel for Stride Bank was recently obtained and requires additional time to complete the investigation into the allegations and to prepare an appropriate response.

3. This is Stride Bank's first request for an extension, and the request is made in good faith and not for the purpose of delay or for any other improper purpose. Such extension will not delay the Court's current Scheduling Order.

4. Stride Bank has conferred with Plaintiff's counsel regarding the proposed extension, and Plaintiff's counsel has agreed to the requested extension.

5. Stride Bank does not waive and indeed expressly reserves its right to arbitrate Plaintiff's claims.

WHEREFORE, Defendant Stride Bank, N.A. respectfully requests that the Court extend its responsive pleading deadline, to and including August 21, 2026.

2

July 9, 2026                          Respectfully submitted,

                                     STRADLEY RONON STEVENS
                                     & YOUNG, LLP

                                     By: /s/ *James J. DiMaggio*
                                     James J. DiMaggio, Esquire
                                     Stradley Ronon Stevens & Young, LLP
                                     457 Haddonfield Rd, Ste. 100
                                     Cherry Hill, NJ 08002
                                     T:  (856) 321-2412
                                     F:  (856) 321-2415
                                     E: jdimaggio@stradley.com

                                     *Attorney for Defendant, Stride Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I, James J. DiMaggio, hereby certify that on July 9, 2026, I caused the foregoing Motion for Extension of Time filed with the Court and served via the Court's ECF system.

/s/ James J. DiMaggio
James J. DiMaggio